UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. CASTILLO<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEAN HARPER, et al.,<br><br>　　　　　Defendants. | Case No. 1:21-cv-01181-JLT (PC)<br><br>**ORDER TO SHOW CAUSE**<br><br>(Doc. 1)<br><br>**21-DAY DEADLINE** |

    Jose G. Castillo, appearing *pro se*, has filed a civil rights complaint. (Doc. 1.) The pleading appears frivolous on its face. If Plaintiff wishes to proceed and have the Court screen the complaint under 28 U.S.C. § 1915A, Plaintiff must pay the $402 filing fee or seek to proceed *in forma pauperis* ("IFP"). The Court advises that, if Plaintiff chooses to proceed and if the complaint is deemed frivolous, his filing fee will not be refunded, or if he seeks to proceed IFP, he may be obligated to pay the filing fee. Accordingly, within 21 days, the Plaintiff **SHALL** pay the filing fee, apply to proceed IFP, or file a notice of dismissal.

///
///
///
///
///

**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to obey a court order.**

IT IS SO ORDERED.

Dated: __August 16, 2021__                    /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE