UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE G. CASTILLO,<br><br>                    Plaintiff,<br><br>          v.<br><br>JEAN HARPER, et al.,<br><br>                    Defendants. | Case No.: 1:21-cv-01181-DAD-JLT (PC)<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS (Doc. 9);**<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 7);**<br><br>**ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION** |

Plaintiff is a prisoner proceeding *pro se* pursuant to 42 U.S.C. § 1983 and has requested leave to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915. (Doc. 7.)

On August 16, 221, this Court ordered the plaintiff to pay the filing fee, apply to proceed IFP, or file a notice of dismissal within twenty-one days. (Doc. 4.) The Court cautioned: "**Failure to comply with this order will result in a recommendation that this case be dismissed for failure to obey a court order.**" (*Id.*) The Court advised that Plaintiff could file objections to the findings and recommendations within fourteen days.

After the plaintiff failed to respond within twenty-one days, on September 13, 2021, the Court issued findings and recommendations to dismiss this case for failure to obey a court order. (Doc. 9.) On the same day, the Clerk's Office docketed Plaintiff' application to proceed IFP, which was submitted on September 10, 2021. (Doc. 7.) Although Plaintiff filed his application

1  belatedly, the Court will accept the filing. Accordingly, the findings and recommendations (Doc.
2  9) are hereby **VACATED**.

3  Upon review of Plaintiff's IFP application (Doc. 7) and prisoner trust account statement
4  (Doc. 10), the Court finds that Plaintiff has made the showing required by section 1915(a).
5  Plaintiff is still obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §
6  1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent of
7  the preceding month's income credited to plaintiff's trust account. The California Department of
8  Corrections and Rehabilitation is required to send to the Clerk of the Court payments from
9  Plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing
10 fee is paid in full. 28 U.S.C. § 1915(b)(2). Accordingly, the Court **ORDERS**:

11   1.  The Court's September 13, 2021, findings and recommendations, (Doc. 9), are
12 **VACATED**;

13   2.  Plaintiff's application to proceed IFP (Doc. 7), is **GRANTED**.

14   3.  **The Director of the California Department of Corrections and Rehabilitation or his**
15 **designee shall collect payments from plaintiff's prison trust account in an amount equal to**
16 **20% of the preceding month's income credited to the prisoner's trust account and shall**
17 **forward those payments to the Clerk of the Court each time the amount in the account**
18 **exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been**
19 **collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified**
20 **by the name and number assigned to this action.**

21   4.  The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in*
22 *forma pauperis* application on the California Department of Corrections and Rehabilitation via
23 the court's electronic case filing system.

24   5.  The Clerk of the Court is directed to serve a copy of this order on the Financial
25 Department, U.S.  District Court, Eastern District of California, Sacramento Division.

26 ///
27 ///
28 ///

6. Within 60 days of the date of service of this order, Plaintiff shall submit a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated: **September 15, 2021**                    **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE