1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSE G. CASTILLO,                         No.  1:21-cv-01181-ADA-CDB (PC)

12                   Plaintiff,

13           v.                                 ORDER ADOPTING FINDINGS AND
                                                RECOMMENDATIONS AND DISMISSING
14    JEAN HARPER, et al.,                       COMPLAINT FOR FAILURE TO STATE A
                                                CLAIM
15                   Defendants.
                                                (ECF No. 16)
16

17          Plaintiff Jose G. Castillo is a state prisoner proceeding pro se and in forma pauperis in

18    this civil rights action filed pursuant to 42 U.S.C. § 1983.  This matter was referred to a United

19    States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 18, 2023, the Magistrate Judge issued findings and recommendations, finding

21    that Plaintiff's complaint challenges the length of, rather than the conditions of, his confinement.

22    (ECF No. 16.)  After determining that Plaintiff's claim for damages is barred by *Heck v.*

23    *Humphrey*, 512 U.S. 477, 486–87 (1994), the Magistrate Judge recommended that the Court

24    dismiss the complaint with prejudice for failure to state a cognizable claim.  (*Id.* at 4–5.)

25          Plaintiff filed objections to the findings and recommendations on June 14, 2023.  (ECF

26    No. 17.)  None of the cases Plaintiff cites, however, demonstrate that his challenge to an

27    "unauthorized, illegal sentence" is properly before this Court.

28    ///

                                                 1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  After carefully reviewing the entire file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1.   The findings and recommendations issued on May 18, 2023, (ECF No. 16), are adopted in full;

2.   This action is dismissed with prejudice for failure to state a cognizable claim; and

3.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   August 22, 2023

_____

UNITED STATES DISTRICT JUDGE